JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WENDY MILAN-LEWIS, ) <br> ) <br> Defendant. ) <br> ) | NO.  CR04-5699FDB <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this case be continued from May 2, 2005 to August 8, 2005.

//

//

//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                              1

1    IT IS FURTHER ORDERED that the period of delay resulting from this

2 continuance from May 2, 2005 up to and including the new trial date of August 8, 2005,

3 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

4    DONE this 21st day of April, 2005.

5

6             /s/ Franklin D Burgess
             FRANKLIN D. BURGESS
7            UNITED STATES DISTRICT JUDGE

8

9 Presented By:

10 /s/_____        /s/_____
   Jerome Kuh                                 Janet Freeman
11 Attorney for Defendant                     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE              2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**